RECEIVED
IN MONROE, LA

OCT 3 1 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| VICTOR McCOY<br>La. DOC #132204<br>VS. | CIVIL ACTION NO. 08-1148<br>SECTION P<br>JUDGE ROBERT G. JAMES |
| ALLEN TUBBS, ET AL. | MAG. JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

**IT IS ORDERED** that Plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted pursuant to 28 U.S.C. § 1915A.

MONROE, LOUISIANA, this 31 day of October, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE